E. C. Atkins and Company, Appellant, v. Abner W. Pollard and The General Manufacturing Company, Respondents.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

Joseph H. Choate, Jr., as Trustee in Bankruptcy of Herman Gersten, Respondent, v. Herman Gersten and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

Mathilda Nimphius, Respondent, v. Henry Nimphius, Appellant.— Order modified by reducing allowance for alimony to $20 per week, and allowance for counsel fee to $250, and as modified affirmed, without costs.   No opinion.

J. Granville Smith, Respondent, v. John P. Persch, Appellant.— Order affirmed, without costs.   No opinion.

Madeleine Z. Doty, Respondent, v. Anna C. Duckworth and Others, as Executors. etc., of William H. Duckworth, Deceased, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

Samuel Parker Bremer and Others, as Testamentary Trustees under the Last Will and Testament of John L. Bremer, Deceased, and Others, Respondents, v. Manhattan Railway Company and The Metropolitan Elevated Railway Company, Appellants.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

In the Matter of Nathaniel Cohen.— Application dismissed.   Opinion by O'Brien, P. J.*

Patrick W. Cullinan, as State Commissioner of Excise of the State of New York, Respondent, v. Patrick J. Shea and The Fidelity and Casualty Company of New York, Appellants.— Judgment affirmed, with costs.   No opinion.   Order filed.

Patrick W. Cullinan, as State Commissioner of Excise of the State of New York, Respondent, v. Federal Union Surety Company (Salvin Certificate), Appellant.— Judgment and order affirmed, with costs.   No opinion.   Order filed.

In the Matter of the Judicial Settlement of the Account of Louis A. Wagner, as Executor, etc., of Frelove E. O'Brien, Deceased, Appellant.   Emily M. Campbell Wood (Formerly Emily Marie Weiler), Respondent.— Decree affirmed, with costs.   No opinion.   Order filed.

Elizabeth Reich, Respondent, v. Eva S. Cochran and Others, as Executors of and Trustees under the Last Will and Testament of William F. Cochran, Deceased, Appellants.— Judgment affirmed, with costs.   No opinion.   (Clarke and Scott, JJ., dissenting.)   Order filed.

The People of the State of New York, Respondent, v. Harry Farber, Appellant.— Judgment affirmed.   No opinion.   Order filed.

Mary A. Lowe, as Executrix, etc., of James A. Lowe, Deceased, Appellant, v. Isaac H. Blanchard Company, Respondent.— Judgment affirmed, with costs. No opinion.   Order filed.

In the Matter of Ada H. de Bocande, as Administratrix, etc., of Eugene de Bocande, Deceased, Respondent, to Compel Payment by Her Attorney of Moneys Received by Him as Such.   Marshall J. Gasquet, Appellant.— Order affirmed, with ten dollars costs and disbursements to be paid by the attorney appellant. No opinion.   Order filed.

In the Matter of the Application of Joseph Ramsey, Appellant, for a Peremptory Writ of Mandamus against John F. Ahearn, as President of the Borough of Manhattan, Respondent.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Order filed.

Andrew Brown, Respondent, v. The Richmond Cedar Works, Appellant, Impleaded with William H. Parrish and Charles R. Johnson.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Order filed.

Bennett Lieberman, Respondent, v. Margaret Daub, Appellant, Impleaded with Frederick W. Daub.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Order filed.

In the Matter of the Petition of Maynard N. Clement, as State Commissioner of Excise, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 4913, Issued to Herman Huneke, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Order filed.

International Amusement and Realty Company, Appellant, v. Samuel R. Stitt, Respondent.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Order filed.

---

* Opinion withheld from publication by direction of the court.